UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chad E. Lindgren, Bruce
Lindgren, and Deborah Lindgren,

Plaintiffs,

Civil 00-2771 (RHK/RLE)

vs.

**ORDER**

Camphill Village Minnesota, Inc.,
Andrew D. Konig, an individal,

Defendants.

---

Defendants' Motion to Extend Dispositive Motion Deadline (Doc. No. 36) is **GRANTED** and the following schedule is adopted:

1. Plaintiffs shall serve and file their responsive memoranda no later than March 30, 2002;

2. Defendants shall serve and file their reply memoranda no later than May 7, 2002; and

3. The Court will hear oral arguments in St. Paul on Wednesday, May 15, 2002 at 8:00 a.m.

Dated: April 9, 2002

RICHARD H. KYLE
United States District Judge

APR 09 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________