**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chad E. Lindgren and his Guardians,
Bruce and Deborah Lindgren,

Plaintiffs,

v.

Camphill Village Minnesota, Inc.
and Andrew D. Konig,

Defendants.

Civil No. 00-2771 (RHK/RLE)
**ORDER**

---

Count II of the Amended Complaint states, in part, that "[p]ursuant to the ADA 42 U.S.C. § 12182(a), the MHRA and the federal and state regulations promulgated pursuant to these Acts, defendant cannot discriminate against a person on the basis of a disability alone." (Am. Compl. ¶ 18.) The Defendants have moved for summary judgment on Plaintiffs' ADA claim but have not discussed or even mentioned this statutory provision in their memoranda. For their part, Plaintiffs have also been silent regarding § 12182(a) of the ADA.

Therefore, the Court directs the parties to address the viability of a claim under 42 U.S.C. § 12182(a) pursuant to the following schedule:

1. Plaintiffs' counsel shall send a letter by facsimile to the Court (fax no. 651-848-1162) and to opposing counsel by facsimile no later than 12:00 p.m. on Friday, May 24, 2002, indicating whether or not Plaintiffs continue to assert



MAY 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a claim under 42 U.S.C. § 12182(a).

2. If Plaintiffs indicate that they are pursuing a claim under 42 U.S.C. § 12182(a), the parties shall brief the viability of such a claim in accordance with the following schedule:

   a. Defendants shall file and serve a supplemental memorandum no later than Thursday, May 30, 2002;

   b. Plaintiffs shall file and serve their responsive memorandum no later than Tuesday, June 4, 2002; and

   c. Defendants shall file and serve their reply memorandum no later than Friday, June 7, 2002.

3. Each party shall serve opposing counsel with the briefs described in paragraph 2 via facsimile and provide copies to the Court via facsimile.

4. Each party may submit a total of eight (8) pages to the Court.

Dated: May 23, 2002

Richard H. Kyle
United States District Judge

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# 28th Annual Federal Court Practice Seminar

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits Including 2 Ethics and 1 Bias Credit**

*Featured Speakers Include:*

District of Minnesota

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

United States Bankruptcy Court
District of Minnesota

Judge Robert J. Kressel

## Morning Session:

| | |
|---|---|
| **7:30-8:00** | **Registration** |
| **8:00-8:15** | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| **8:15-9:00** | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| **9:00-9:45** | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| **9:45-10:00** | **Morning Break** |
| **10:00-10:45** | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| **10:45-11:45** | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| **11:45-12:45** | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| **12:45-1:30** | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| **1:30-2:15** | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| **2:15-3:15** | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| **3:15:3:30** | **Afternoon Break** |
| **3:30-4:15** | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| **4:15-5:15** | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ____________________

Firm/Employer ____________________

Address ____________________

____________________

Phone ____________________

E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building