**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

RICHARD H. KYLE
DISTRICT JUDGE
764 U.S. COURTHOUSE
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1160

June 13, 2002

VIA FACSIMILE

Elizabeth W. Kimball, Esq.
300 Union Plaza
333 Washington Ave. N.
Minneapolis, MN 55401

Mark A. Solheim
Kari J. Thurlow
Larson King
2800 MN World Trade Center
30 Seventh Street E.
St. Paul, MN 55101

Re: Lindgren, et al. v. Camphill Village Minnesota, et al., CV-00-2771 (RHK/RLE)

Dear Counsel:

In accordance with our telephone conversations of today, this will confirm that the May 1, 2002, Schedule for Submission of Trial Materials has been amended as follows:

The following materials are to be EXCHANGED AND FILED (all filings shall be in St. Paul) in accordance with the following schedule:

Original Date: June 13, 2002—New Date, June 18, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

JUN 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Original Date: June 20, 2002—New Date, June 25, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

Original Date: June 25, 2002—New Date, June 28, 2002:

Responses to the Written Objections.

Very truly yours,

Richard H. Kyle

RHK:kll