UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Chad E. Lingren, Bruce Lindgren and Deborah Lindgren,

Plaintiffs,

vs. SETTLEMENT CONFERENCE ORDER

Camphill Village Minnesota, Inc., and Andrew D. Konig, an individual,

Defendants. Civ. No. 00-2771(RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of June, 2002.

* * *

A Settlement Conference in the above-entitled matter is set for **Friday, June 28, 2002**, before Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, 515 W. First Street, Duluth, Minnesota, following the Status Conference before the Hon. Richard H. Kyle, according to the following terms:

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, the parties shall engage in a Court-assisted Mediation.

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK J. A.

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE