UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chad E. Lindgren, and his Guardians:
Bruce and Deborah Lindgren,

Plaintiffs,

vs.

Camphill Village Minnesota, Inc. and
Andrew Konig, and individual,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AND ORDER**

Court File No. 00-CV-2771

---

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 8/20/02

KIMBALL LAW OFFICE

By ______________________
Elizabeth Kimball, #224352
*Attorneys for Plaintiffs*
333 Washington Avenue, North
Suite 300
Minneapolis, MN 55401
(612) 373-7022

Dated: 7-11-02

LARSON • KING, LLP

By ______________________
Mark A. Solheim, #231226
Kari J. Thurlow, #303008
*Attorneys for Defendants*
2800 MN World Trade Center
30 E. Seventh Street
St. Paul, MN 55101
(651) 312-6500

SEP 05 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. SEP 05 2002
DEPUTY CLERK ____

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: 9/1/02

Judge of District Court

lk_library:47890.1