# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chad E. Lindgren, and his Guardians:
Bruce and Deborah Lindgren

Case No. Civil 00-CV-2771 RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Camphill Village Minnesota, Inc. and
Andreww Konig, and individual

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs to any party.

DATE: September 5, 2002

RICHARD D. SLETTEN, CLERK

G. Schneider

Gloria Schneider, Deputy Clerk

59